428 A.2d 677

Commonwealth v. Derr, Appellant.

Reargument Denied Oct. 28, 1980.

Submitted December 6, 1979. Alan Ellis, for appellant; Richard C. Brittain, District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.